AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| BREEZE FINANCIAL LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 23-cv-09609 |
| RAYMUND KING and THE LAW OFFICES OF RAYMUND C. KING, MD, JD | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Raymund King
6860 Dallas Pkwy Ste 200
Plano, TX 75024

The Law Offices of Raymund C. King, MD, JD, PLLC
6860 Dallas Pkwy Ste 200
Plano, TX 75024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Koral
Press Koral LLP
641 Lexington Avenue, 13th Floor
New York NY 10022
917-881-1347

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/2/2023

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*