# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Adam M. Marshall**
amarshall@kaufmandolowich.com

February 6, 2024

**VIA ECF**

Honorable Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **Breeze Financial LLC v. King, et al.**
                 **Case No. 1:23-cv-9609 (JHR)**

Dear Judge Rearden:

This firm represents the Defendants in the above matter. Defendants previously filed a motion to dismiss Plaintiff's Complaint on January 10, 2024. (ECF Doc. 12). In response, Plaintiff filed an Amended Complaint on January 24, 2024. (ECF Doc. 15).[1]

We write on behalf of all parties to request that the Court approve the following schedule for Defendants' anticipated motion to dismiss the Amended Complaint:

- Defendants' motion to dismiss shall be filed on or before ~~February 28, 2024;~~ Monday, March 4, 2024
- Plaintiff's opposition shall be filed on or before ~~March 28, 2024;~~ Tuesday, April 2, 2024 and
- Defendants' reply shall be filed on or before ~~April 12, 2024.~~ Wednesday, April 17, 2024

There are currently no other deadlines in the case and no appearances scheduled.

We thank the Court for its consideration.

The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

*/s/ Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: February 12, 2024

Respectfully,
Kaufman Dolowich LLP

By: _____
Adam M. Marshall, Esq.

      cc:    All Counsel of Record via ECF

---

[1] Plaintiff's counsel has indicated that he will be refiling the Amended Complaint as the exhibits thereto (which are the same as those annexed to the Complaint) were inadvertently omitted. Defendants consent to such refiling.